UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID EKSTEIN, *et al.*,

                Plaintiffs,        **TRIAL ORDER**

   -against-                                      20 Civ. 1878 (JCM)

POLITO ASSOCIATES, LLC,

                Defendant.
------------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. A Bench Trial will be held on April 1, 2024 in Courtroom 421. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by January 29, 2024. Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

3. Proposed findings of fact and conclusions of law must be filed by January 29, 2024. Proposed findings of fact should be detailed, and proposed conclusions of law should include a statement of the elements of each claim or defense.

4. Any motions *in limine* shall be filed by January 29, 2024.

5. Responses to motions *in limine* must be filed by February 5, 2024.

6. Final Pre-Trial Conference will be held on March 7, 2024 at 10:00 a.m. in Courtroom 421.

The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers.

     **Counsel shall also provide the Court with courtesy copies of all marked exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial but no later than at the Pre-Trial Conference.**

Dated: December 19, 2023
       White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge