# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DAVID EKSTEIN, SARA EKSTEIN, GAVRIEL ALEXANDER,

Plaintiffs,

–against–

POLITO ASSOCIATES LLC,                              20 **CIVIL** 1878 (JCM)

Defendant.

---------------------------------------------------------------X

POLITO ASSOCIATES LLC,                              **JUDGMENT**

Counterclaim-Plaintiff,

–against–

DAVID EKSTEIN, SARA EKSTEIN, GAVRIEL ALEXANDER and 9 POLITO LLC,

Counterclaim-Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2024, 2024, Judgment is entered for Defendant and Counterclaim-Plaintiff Polito Associates LLC on its counterclaim against Plaintiffs and Counterclaim-Defendants David Ekstein, Sara Ekstein, Gavriel Alexander, and Counterclaim-Defendant 9 Polito LLC, jointly and severally, in the amount of $1,578,769.37. Pre-judgment interest is further calculated as described herein from June 12, 2021 to the date of entry of judgment. Total pre-judgment interest from June 12, 2021 to December 31, 2021 at 1.5% amounts to $13,105.95; Total pre-judgment interest for the year 2022 at 0.25% amounts to $3,968.79; Total pre-judgment interest for the year 2023 at 0.25% amounts to $3,978.68; and the

total pre-judgment interest for the year 2024 at 3.50% amounts to $40,346.22; The total amount of interest calculated from June 12, 2021 until the date of entry of judgment is $61,399.64. Post-judgment interest will commence when the Clerk of Court enters judgment and continues until the date of payment. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 20, 2024

                                    **DANIEL ORTIZ**
                                **Acting Clerk of Court**

**BY:** _____
                                  **Deputy Clerk**