UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAVID EKSTEIN, *et al.*,

                Plaintiffs,

    -against-

POLITO ASSOCIATES, *et al.*,

                Defendants.

-------------------------------------------------------------------X

**ORDER**

20 Civ. 1878 (JCM)

    The parties are directed to provide a joint update as to the status of the proposed amended judgment by March 6, 2026.

Dated:  February 20, 2026
         White Plains, New York

                    **SO ORDERED:**

                    JUDITH C. McCARTHY
                    United States Magistrate Judge

1